David Seror
Email: serortrustee@ecjlaw.com
9401 Wilshire Blvd. 9th Floor
Beverly Hills, CA  90212-2974
Telephone (310) 281-6361
Facsimile (310) 887-6801
Chapter 7 Trustee

FILED

NOV - 5 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:04-bk-16634-GM |
| SHARON DENISE BONNER | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDENDS (UNDER F.R.B.P. 3011)** |
| Debtor. | |

David Seror, the trustee of this bankruptcy estate submits this Notice of Unclaimed Dividends (Under F.R.B.P. 3011).  Trustee hereby provides notice that after a distribution of funds in the above-captioned case one or more dividend payment(s) have been unclaimed and the unclaimed funds have been remitted to the Court in accordance with F.R.B.P. 3011.  Attached hereto is the Notice of Unclaimed Dividends (Under F.R.B.P. 3011) indicating the name, address, corresponding claim number and amount of each unclaimed dividend.

Dated: November ___, 2010

DAVID SEROR
Chapter 7 Trustee

In re Sharon Bonner; Case No. 1:04-bk-16634-GM

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 11 | Chase Manhattan Bank | $433.30 | $433.30 |